IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carter, Teresa R

Printed: 01/22/09

Case Number: 08 B 09681
Judge: Squires, John H
Filed: 4/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 10, 2008
Confirmed: July 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,020.00 |  |
| Secured: |  | 2,257.36 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 262.64 |
| Other Funds: |  | 0.00 |
| Totals: | 4,020.00 | 4,020.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 1,500.00 | 1,500.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Citizens Automotive Finance | Secured | 14,026.17 | 1,886.83 |
| 5. | America's Servicing Co | Secured | 13,078.68 | 327.45 |
| 6. | CitiMortgage Inc | Secured | 1,720.74 | 43.08 |
| 7. | Citizens Automotive Finance | Unsecured | 0.00 | 0.00 |
| 8. | James Wilcox DDS | Unsecured | 21.90 | 0.00 |
| 9. | Bass & Associates | Unsecured | 12.05 | 0.00 |
| 10. | Nicor Gas | Unsecured | 182.20 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 2,952.40 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 72.10 | 0.00 |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,566.24 | $ 3,757.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 174.20 |
| 6.6% | 88.44 |
|  | $ 262.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Carter, Teresa R

Printed: 01/22/09

Case Number:  08 B 09681
Judge:  Squires, John H
Filed:  4/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

